John B. Ingelstrom (ISB#: 2659)
Richard A. Hearn (ISB#: 5574)
Jonathan M. Volyn (ISB#: 6434)
RACINE, OLSON, NYE,
BUDGE & BAILEY, CHARTERED
P.O. Box 1391
Pocatello, Idaho 83204-1391
Telephone: (208)232-6101
Fax: (208)232-6109
jbi@racinelaw.net
rah@racinelaw.net
jmv@racinelaw.net

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JENNIE LINN MCCORMACK, on behalf of herself and all others similarly situated, and in the interests of the general public,<br><br>        Plaintiff,<br><br>vs.<br><br>MARK L. HIEDEMAN,<br>Bannock County Prosecuting Attorney,<br><br>        Defendant. | Case No. CV-2011-433-BLW<br><br>**NOTICE OF FILING** |

    NOTICE IS HEREBY GIVEN of the filing of the Reporter's Transcript of Proceedings of the September 9, 2011, hearing before the Honorable B. Lynn Winmill in the case of *McCormack v. Hiedeman*, Case No. CV-2011-397-BLW, attached hereto, in accordance with paragraph 2 of the Stipulation Re Proceedings on Motion for Preliminary Injunction and Related Matters.

    DATED this 10th day of October, 2011.

                                         RACINE, OLSON, NYE, BUDGE &
                                             BAILEY, CHARTERED


                                      By: /s/ Richard A. Hearn
                                         RICHARD A. HEARN

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 10th day of October, 2011, a copy of the foregoing was served on the CM/ECF Registered Participants through the CM/ECF system as follows:

Clay R. Smith
clay.smith@ag.idaho.gov
colleen.funk@ag.idaho.gov
zachp@bannockcounty.us

      /s/ Richard A. Hearn
      RICHARD A. HEARN