UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JENNIE LINN MCCORMACK, on behalf of herself and all others similarly situated, and in the interests of the general public,<br><br>              Plaintiff,<br><br>   v.<br>MARK L. HIEDEMAN,<br>Bannock County Prosecuting Attorney,<br><br>              Defendant. | Case No. 1:11-cv-00433-BLW<br><br>**ORDER** |

      Having reviewed Plaintiff's Motion for Preliminary Injunction (Dkt. 15), and having considered the materials identified in paragraph 2 of the parties' Stipulation (Dkt. 14),

      IT IS ORDERED that the Motion for Preliminary Injunction is GRANTED and the Bannock County Prosecutor is restrained from enforcing Idaho Code §§ 18-606 and 18-608(1) for those reasons and on those grounds set forth in the Memorandum Decision and Order entered on September 23, 2011, in *McCormack v. Hiedeman*, No. CV-2011-397-BLW, as Docket Entry No. 22.

DATED:  **November 14, 2011**

B. LYNN WINMILL
Chief Judge U.S. District Court

**ORDER - 1**