LAWRENCE WASDEN
ATTORNEY GENERAL

STEVEN L. OLSEN
Chief of Civil Litigation

CLAY R. SMITH, ISB #6385
Deputy Attorney General
954 W. Jefferson Street, 2nd Floor
P.O. Box 83720
Boise, ID  83720-0010
Telephone:  (208) 334-2400
Facsimile:  (208) 854-8073
    Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| JENNIE LINN MCCORMACK, on behalf of herself and all others similarly situated, and in the interests of the general public,<br><br>    Plaintiff,<br><br>and<br><br>RICHARD HEARN, M.D., on behalf of himself and his patients seeking medical abortions for health reasons prior to fetal viability,<br><br>    Plaintiff-in-Intervention<br><br>v.<br><br>MARK L. HIEDEMAN, Bannock County Prosecuting Attorney,<br><br>    Defendant. | Case No. 11-CV-00433-BLW<br><br>**ANSWER TO AMENDED COMPLAINT-IN-INTERVENTION (DKT. 56)** |

Defendant respectfully answers the amended complaint in intervention herein as follows:

## FIRST DEFENSE

1. Paragraphs 1 through 5 are only narrative that requires no admission or denial.

2. Paragraph 6 is admitted to the extent Plaintiff-in-Intervention challenges Idaho Code §§ 18-605(2), -605(3), -606(1), and -608(1) but is denied otherwise.

3. Paragraph 7 is admitted.

4. Paragraph 8 is admitted to the extent it alleges that Plaintiff is a female and resides in Bannock County, Idaho. Defendant is without knowledge concerning her present medical condition and therefore cannot admit or deny the remaining allegations.

5. Paragraphs 9 through 12 are admitted.

6. Defendant is without knowledge concerning facts underlying the allegations in paragraphs 13 through 16 and therefore cannot admit or deny such paragraphs.

7. Paragraph 17 is admitted.

8. Defendant is without knowledge concerning facts underlying the allegations in the paragraphs 18 through 20 and therefore cannot admit or deny such paragraphs.

9. Paragraphs 21 through 24 are admitted.

10. Defendant is without knowledge concerning facts underlying the allegations in the first paragraphs 25 through 28 therefore cannot admit or deny such paragraphs.

11. Paragraphs 29 through 31 are denied.

12. The first sentence of paragraph 32 is admitted. The second sentence is denied.

13. Paragraphs 33 through 38 require no response insofar as they purport to summarize sections in Title 18, Chapter 6 that speak for themselves.

14. Paragraph 39 requires no response insofar as it purports to summarize Idaho Code § 18-605(2) that speaks for itself.

15. Paragraph 40 is denied.

16. Paragraphs 41 through 54 require no response insofar as they purport to summarize sections in Title 18, Chapter 6 that speak for themselves.

17. Paragraphs 55 through 57 are denied.

18. The first sentence of paragraph 58 is admitted. The second sentence is denied.

19. Paragraphs 59 through 63 require no response insofar as they purport to summarize sections in Title 18, Chapter 5 that speak for themselves.

20. Paragraph 64 is denied.

21. Paragraphs 65 and 66 require no response insofar as they purport to summarize sections in Title 18, Chapter 5 that speak for themselves.

22. Paragraph 67 is denied.

23. Paragraphs 68 and 69 are narrative that requires no response.

24. Paragraph 70 is denied.

25. Defendant is without knowledge concerning the allegations in paragraph 71 and therefore cannot admit or deny them.

26. Paragraphs 72 through 77 are denied.

27. Paragraphs 1 through 77 are incorporated by reference in response to paragraph 78.

28. Paragraph 78 is narrative that requires no response.

29. Paragraphs 79 through 84 are denied.

30. Paragraphs 1 through 84 are incorporated by reference in response to paragraph 85.

31. Paragraph 86 is narrative that requires no response.

32. Paragraphs 87 through 90 are denied.

33. Paragraphs 1 through 90 are incorporated by reference in response to paragraph 91.

34. Paragraph 92 is narrative that requires no response.

35. Paragraph 93 is denied.

36. Paragraphs 1 through 93 are incorporated by reference in response to paragraph 94.

37. Paragraph 95 is narrative that requires no response.

38. Paragraphs 96 and 97 are denied.

39. Paragraphs 1 through 97 are incorporated by reference in response to paragraph 98.

40. Paragraph 99 is narrative that requires no response.

41. Paragraphs 100 through 105 are denied.

42. Paragraphs 1 through 105 are incorporated by reference in response to paragraph 106.

43. Paragraph 107 is narrative that requires no response.

44. Paragraphs 108 through 112 are denied.

45. Paragraphs 1 through 112 are incorporated by reference in response to paragraph 113.

46. Paragraphs 114 and 115 are denied.

47. Paragraphs 1 through 115 are incorporated by reference in response to paragraph 116.

48. Paragraphs 117 through 120 are denied.

## SECOND DEFENSE

Plaintiff lacks standing to challenge Title 18, Chapters 5 and 6, Idaho Code, except for Idaho Code §§ 18-605(2), -605(3), -606(1), and -608(1).

### THIRD DEFENSE

The complaint fails to state a claim upon which relief may be granted.

### FOURTH DEFENSE

This action is not appropriate for class action certification under Fed. R. Civ. P. 23(b)(2).

WHEREFORE, having fully answered, Defendant requests that judgment be entered in his favor, with fees and all other appropriate relief granted.

DATED this 15th day of June, 2012.

                                          STATE OF IDAHO
                                          OFFICE OF THE ATTORNEY GENERAL

                                          By  */s/ Clay R. Smith*
                                                CLAY R. SMITH
                                                Deputy Attorney General
                                                Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of June, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| John B. Ingelstrom | jbi@racinelaw.net |
| Richard A. Hearn | rah@racinelaw.net |
| Jonathan M. Volyn | jmv@racinelaw.net |
| Jack Van Valkenburgh | jvanvalkenburgh@gmail.com |

                                    */s/ Clay R. Smith*
                                    CLAY R. SMITH
                                    Deputy Attorney General