IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JENNIE LINN MCCORMACK, on behalf of herself and all others similarly situated, and in the interests of the general public,<br><br>        Plaintiff,<br><br>and<br><br>RICHARD HEARN, M.D., on behalf of himself and his patients seeking medical abortions for health reasons prior to fetal viability,<br><br>        Plaintiff-in-Intervention,<br><br>vs.<br><br>STEPHEN F. HERZOG, Bannock County Prosecuting Attorney,<br><br>        Defendant. | Case No. CV-2011-433-BLW<br><br>**FINAL JUDGMENT AND PERMANENT INJUNCTION** |

    Based upon the pleadings, motions, disposition, and other matters on file herein;

    NOW, THEREFORE, judgment is hereby entered in favor of Plaintiff Jennie Linn McCormack and Plaintiff-in-Intervention Richard A. Hearn, M.D., and against Defendant Stephen F. Herzog, Bannock County Prosecuting Attorney, as follows:

Idaho Code §18-606, in conjunction with §18-608(1) or §18-608(2); §18-605, in conjunction with §18-608(1) or §18-608(2); and §18-505, in conjunction with §18-507 or §18-508, are hereby declared facially unconstitutional. It is further ordered and adjudged that Defendant Herzog and any successor Bannock County Prosecuting Attorney are hereby permanently enjoined from initiating prosecution or otherwise enforcing said unconstitutional statutory provisions against Plaintiff McCormack or Plaintiff-in-Intervention Hearn.

The award of costs and attorney fees, if any, is reserved pending a due and timely application.

DATED:  **May 2, 2013**

_____
B. LYNN WINMILL
Chief Judge U.S. District Court