JOHN B. INGELSTROM, ISB #2659
RICHARD A. HEARN, ISB #5574
JONATHAN M. VOLYN, ISB #6434
RACINE, OLSON, NYE,
BUDGE & BAILEY, CHARTERED
P.O. Box 1391
Pocatello, ID  83204-1391
Telephone: (208) 232-6101
Facsimile: (208) 232-6109
Attorneys for Plaintiff

JACK VAN VALKENBURGH (ISB No. 3818)
 jvanvalkenburgh@gmail.com
VAN VALKENBURGH LAW, PLLC
405 South 8th Street, Suite 250
Boise, Idaho 83702
Telephone: (208) 331-2100
Facsimile: (208) 947-2424
Attorney for Plaintiff-in-Intervention

LAWRENCE G. WASDEN
ATTORNEY GENERAL

STEVEN L. OLSEN
Chief of Civil Litigation

CLAY R. SMITH, ISB #6385
Deputy Attorney General
954 W. Jefferson Street, 2nd Floor
P.O. Box 83720
Boise, ID  83720-0010
Telephone:  (208) 334-2400
Facsimile:  (208) 854-8073
Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JENNIE LINN MCCORMACK, on behalf of herself and all others similarly situated, and in the interests of the general public,<br>　　　　　Plaintiff,<br>And<br>RICHARD HEARN, M.D., on behalf of himself and his patients seeking medical abortions for health reasons prior to fetal viability,<br>　　　　　Plaintiff-in-Intervention<br>v.<br>STEPHEN F. HERZOG, Bannock County Prosecuting Attorney,<br>　　　　　Defendant. | Case No. 11-CV-00433-BLW<br><br>**STIPULATION RE PAYMENT OF COSTS AND ATTORNEY'S FEES** |

STIPULATION RE PAYMENT OF COSTS AND ATTORNEY'S FEES - 1

Plaintiff, Plaintiff-in-Intervention and Defendant (collectively "Parties") enter into the following stipulation concerning the payment of costs and attorney's fees to which Plaintiff and Plaintiff-in-Intervention may be entitled from Defendant:

1. Plaintiff and Plaintiff-in-Intervention (collectively "Plaintiffs") challenge the validity of certain provisions in Title 18, Chapters 5 and 6 of the Idaho Code.

2. Plaintiffs prevailed in their challenge to these provisions (Dkt. 83), and judgment was entered in their favor (Dkt. 87).

3. Plaintiffs thereafter filed a bill of costs (Dkt. 92) that approved in part in the amount of $1,882.46 (Dkt. 101) and a motion for attorney's fees under 42 U.S.C. § 1988 (Dkt. 93) that was approved in part in the amount of $376,208.00 (Dkt. 102).

4. Defendant filed a timely notice of appeal to the Ninth Circuit Court of Appeals from this Court's judgment (Dkt. 88), and such appeal remains pending.

5. Defendant has determined not to appeal from this Court's costs and attorney's fee orders. However, the Parties recognize that the outcome of the pending appeals may affect Plaintiffs' entitlement to some or all of the costs and attorney's fees awarded by the Court. They have concluded that the most appropriate method for addressing this contingency is to suspend Defendant's obligation to tender the costs and attorney's fee awards until final disposition of the appellate process with respect to Defendant's appeal. Post-judgment interest, however, will accrue on any amounts eventually held owing in accordance with 28 U.S.C. § 1961.

6. The Parties request that this Court enter an order approving their Stipulation.

//
//
//

DATED this 21th day of August 2013.

                                          STATE OF IDAHO
                                          OFFICE OF THE ATTORNEY GENERAL

By  */s/ Richard A. Hearn*       By  */s/ Clay R. Smith*
      RICHARD A. HEARN                   CLAY R. SMITH
                                                Deputy Attorney General

By  */s/ Jack Van Valkenburgh*
      JACK VAN VALKENBURGH

STIPULATION RE PAYMENT OF COSTS AND ATTORNEY'S FEES - 3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21th day of August 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| John B. Ingelstrom | jbi@racinelaw.net |
| Richard A. Hearn | rah@racinelaw.net |
| Jonathan M. Volyn | jmv@racinelaw.net |
| Jack Van Valkenburgh | jvanvalkenburgh@gmail.com |

                                            */s/ Clay R. Smith*
                                            CLAY R. SMITH
                                            Deputy Attorney General